No. 72–5706.  HUGHES v. CARDWELL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 72–5801.  STRADER v. NORTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.

No. 72–5833.  LOMBARDI v. WARNER, JUSTICE.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 72–5859.  HALL v. MARYLAND.  Ct. Sp. App. Md. Certiorari denied.

No. 72–5860.  MURRAY v. MISSISSIPPI.  Sup. Ct. Miss. Certiorari denied.

No. 72–5892.  GORE v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 72–5897.  BROWN v. CARDWELL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 72–5903.  DIXON v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 72–5947.  ELLINGBURG v. ARKANSAS.  C. A. 8th Cir.  Certiorari denied.

No. 72–5971.  STEPHENSON v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 72–6007.  LIANTAUD v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–6016.  SOTO v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.